UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV2008 (EBB) |
| | : | |
| 50 CASES OF WINE CONSISTING OF 574 BOTTLES VALUED AT APPROXIMATELY $52,947.00, SEIZED FROM MORGAN MANHATTAN STORAGE COMPANY, 2100 HUNTER'S POINT AVENUE, LONG ISLAND CITY, NEW YORK, HELD IN THE NAMES OF KAETHE SCHUCHTER/ALFREDO SAUSTI, | : : : : : : : : | |
| | : | |
| Defendants. | : | August 6, 2004 |
| | : | |
| [CLAIMANTS: FAUSTO FAUSTI, A/K/A ALFREDO SAUSTI] | : : | |

<u>REQUEST TO ENTER DEFAULT AGAINST FAUSTO FAUSTI, A/K/A ALFREDO SAUSTI</u>

To:  Clerk of the Court

Plaintiff, the United States of America, hereby requests that you enter a default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against Fausto Fausti, a/k/a Alfredo Sausti, and all other persons, except Carroll Fisher, Insurance Commissioner and Receiver for Farmers & Ranchers Life Insurance Company; Keith Wenzel, Director of the Missouri Department of Insurance in Statutory Capacity as Liquidator of International Financial Services Life Insurance; Anne B. Pope, Commissioner and Receiver of Franklin American Life Insurance Company; Mike Pickens, receiver of Old Southwest Life Insurance; George Dale, Mississippi

Commissioner of Insurance, for failure to file an answer or otherwise defend as provided for in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

    Respectfully submitted,

    JOHN H. DURHAM
    ACTING UNITED STATES ATTORNEY

    JULIE G. TURBERT
    ASSISTANT U.S. ATTORNEY
    P.O. BOX 1824
    NEW HAVEN, CT  06508
    (203) 821-3700
    FEDERAL BAR # ct23398

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Request to Enter Default Against Fausto Fausti, a/k/a Alfredo Sausti has been mailed, postage prepaid, this 6th day of August, 2004, to:

Robert A. Horne, Esq.
Goldberger & Dublin, P.C.
401 Broadway
New York, NY 10013
(Attorney for Alfredo Sausti)

Susan B. Loving, Esq.
Lester, Loving & Davies
1505 Renaissance Blvd.
Edmond, OK 73013-3018
(Attorney for Carroll Fisher)

Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
2300 Main, Suite 1100
Kansas City, MO 64108
(Attorney for Keith Wenzel)

Andrew B. Campbell, Esq.
Wyatt, Tarrant & Combs
2525 W. End Avenue, Suite 1500
Nashville, TN 37203
(Attorney for Anne B. Pope)

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026
(Attorney for George Dale, Mike Pickens, Carroll Fisher, Keith Wenzel and Anne B. Pope)

Robert C. Richardson, Esq.
Copeland, Cook, Taylor & Bush
200 Coucourse
1062 Highland Colony Parkway, Suite 200
Ridgeland, MS 39157
(Attorney for George Dale)

_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY