UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV2008 (EBB) |
| | : | |
| 50 CASES OF WINE CONSISTING OF 574 BOTTLES VALUED AT APPROXIMATELY $52,947.00, SEIZED FROM MORGAN MANHATTAN STORAGE COMPANY, 2100 HUNTER'S POINT AVENUE, LONG ISLAND CITY, NEW YORK, HELD IN THE NAMES OF KAETHE SCHUCHTER/ALFREDO SAUSTI, | : : : : : : : : | |
| Defendants. | : : | |
| [CLAIMANT: FAUSTO FAUSTI, A/K/A ALFREDO SAUSTI] | : : | |

DECLARATION IN SUPPORT OF REQUEST TO ENTER
DEFAULT AGAINST FAUSTO FAUSTI, A/K/A ALFREDO SAUSTI

1. I am an Assistant United States Attorney and represent the Plaintiff, United States of America, ("Plaintiff") in this action.

2. On December 30, 1999, a Verified Complaint of Forfeiture was filed for the forfeiture of 50 cases of wine consisting of 574 bottles ("Defendant Cases of Wine"). The Complaint alleges that the Defendant Cases of Wine were derived from proceeds traceable to an offense constituting "specified unlawful activity" in violation of 18 U.S.C. §§ 1341 and 1343, and are therefore subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

3. Pursuant to a Warrant of Arrest In Rem issued by this Court on October 18, 2000, all persons interested in the Defendant Cases of Wine were required to file their claims with the Clerk of the Court within thirty days (30) of the execution of the Warrant of Arrest In Rem, publication of the legal notice, or actual notice of this action, whichever occurred first.

4. The United States Internal Revenue Service Criminal Investigation Division for the District of Connecticut seized the Defendant Cases of Wine on October 30, 2000, and notice of said forfeiture action was published in the New York Post newspaper on November 1, 8, and 15, 2000.

5. On November 20, 2000, counsel for Fausto Fausti, a/k/a Alfredo Sausti, Robert A. Horne, waived personal service of the Verified Complaint of Forfeiture and Warrant of Arrest in Rem, and on February 28, 2001, Fausto Fausti, a/k/a Alfredo Sausti, filed a claim.

6. On November 6, 2000, Carroll Fisher, Insurance Commissioner and Receiver for Farmers & Ranchers Life Insurance Company filed a claim, and on November 16, 2000, filed an answer to the Verified Complaint of Forfeiture.

7. On November 8, 2000, Keith Wenzel, Director of the Missouri Department of Insurance in Statutory Capacity as Liquidator of International Financial Services Life Insurance, filed a claim, and on November 27, 2000, filed an answer to the Verified Complaint of Forfeiture.

8. On November 8, 2000, Anne B. Pope, Commissioner and Receiver of Franklin American Life Insurance Company, filed a claim, and on November 27, 2000, filed an answer to the Verified Complaint of Forfeiture.

9. On November 8, 2000, George Dale, Mississippi Commissioner of Insurance, filed a claim, and on November 27, 2000, filed an answer to the Verified Complaint of Forfeiture.

10. On November 8, 2000, Mike Pickens, Receiver of Old Southwest Life Insurance, filed a claim, and on November 28, 2000, filed an answer to the Verified Complaint of Forfeiture.

11. On December 7, 2000, Kaethe Schuchter's attorney, Richard Leon, waived personal service of the Verified Complaint of Forfeiture and Warrant of Arrest in Rem.

12. On February 28, 2001, Fausto Fausti, a/k/a Alfredo Sausti, filed a claim for the Defendant Cases of Wine.

13. On September 18, 2004, the Court entered Default Judgment against Kaethe Schuchter for failure to file a claim or answer within the time permitted by Rule C of Supplemental Rules for Certain Admiralty and Maritime Claims

14. Fausto Fausti, a/k/a Alfredo Sausti, has failed to file an answer to the Verified Complaint of Forfeiture within the time permitted by Rule C of Supplemental Rules for Certain Admiralty and Maritime Claims.

15. Declarant knows of no reason why a default against Fausto Fausti, a/k/a Alfredo Sausti, and all other parties except Carroll Fisher, Insurance Commissioner and Receiver for Farmers & Ranchers Life Insurance Company; Keith Wenzel, Director of the Missouri Department of Insurance in Statutory Capacity as Liquidator of International Financial Services Life Insurance; Anne B. Pope, Commissioner and Receiver of Franklin American Life Insurance Company; Mike Pickens, receiver of Old Southwest Life Insurance; George Dale, Mississippi

Commissioner of Insurance, having an interest in the Defendant Cases of Wine should not now be entered.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed at New Haven, Connecticut on this 6th day of August, 2004.

                                             JULIE G. TURBERT
                                             ASSISTANT U.S. ATTORNEY

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the within and foregoing Declaration in Support of Request to enter Default Against Fausto Fausti, a/k/a Alfredo Sausti has been mailed, postage prepaid, this 6th day of August, 2004, to:

Robert A. Horne, Esq.
Goldberger & Dublin, P.C.
401 Broadway
New York, NY 10013
(Attorney for Alfredo Sausti)

Susan B. Loving, Esq.
Lester, Loving & Davies
1505 Renaissance Blvd.
Edmond, OK 73013-3018
(Attorney for Carroll Fisher)

Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
2300 Main, Suite 1100
Kansas City, MO 64108
(Attorney for Keith Wenzel)

Andrew B. Campbell, Esq.
Wyatt, Tarrant & Combs
2525 W. End Avenue, Suite 1500
Nashville, TN 37203
(Attorney for Anne B. Pope)

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026
(Attorney for George Dale, Mike Pickens, Carroll Fisher, Keith Wenzel and Anne B. Pope)

Robert C. Richardson, Esq.
Copeland, Cook, Taylor & Bush
200 Coucourse
1062 Highland Colony Parkway, Suite 200
Ridgeland, MS 39157
(Attorney for George Dale)

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY