UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV2008 (EBB) |
| | : | |
| 50 CASES OF WINE CONSISTING OF 574 BOTTLES VALUED AT APPROXIMATELY $52,947.00, SEIZED FROM MORGAN MANHATTAN STORAGE COMPANY, 2100 HUNTER'S POINT AVENUE, LONG ISLAND CITY, NEW YORK, HELD IN THE NAMES OF KAETHE SCHUCHTER/ALFREDO SAUSTI, | : | |
| | : | |
| Defendants. | : | September 9, 2004 |
| | : | |
| [CLAIMANTS: FAUSTO FAUSTI, A/K/A ALFREDO SAUSTI] | : | |

MOTION FOR DEFAULT JUDGMENT AGAINST
FAUSTO FAUSTI, A/K/A ALFREDO SAUSTI

The United States of America, hereby moves for Default Judgment, and represents as follows:

On October 17, 2000, a Verified Complaint of Forfeiture was filed for the forfeiture of 50 cases of wine consisting of 574 bottles ("Defendant Cases of Wine"). The Complaint alleges that the Defendant Cases of Wine were derived from proceeds traceable to an offense constituting "specified unlawful activity" in violation of 18 U.S.C. §§ 1341 and 1343, and are therefore subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

On November 1, 8, and 15, 2000, notice of this action was published in the New York Post newspaper.

On November 20, 2000, Fausto Fausti, a/k/a Alfredo Sausti's attorney, Robert A. Horne, waived personal service of the Verified Complaint of Forfeiture and Warrant of Arrest in Rem.

On November 20, 2000, Fausto Fausti, a/k/a Alfredo Sausti, filed a claim.

No answer or other defense having been filed by Fausto Fausti, a/k/a Alfredo Sausti in this case as required by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the United States moved to default Fausto Faust, a/k/a Alfredo Sausti's and all other persons and entities, except Carroll Fisher, Insurance Commissioner and Receiver for Farmers & Ranchers Life Insurance Company; Keith Wenzel, Director of the Missouri Department of Insurance in Statutory Capacity as Liquidator of International Financial Services Life Insurance; Anne B. Pope, Commissioner and Receiver of Franklin American Life Insurance Company; Mike Pickens, Receiver of Old Southwest Life Insurance; and George Dale, Mississippi Commissioner of Insurance for failure to defend.  On August 16, 2004, the Clerk of the Court granted the United States of America's request and defaulted Fausto Fausti, a/k/a Alfredo Sausti. The United States now moves for entry of a default judgment in accordance with the Court's default of Fausto Fausti, a/k/a Alfredo Sausti.  A proposed Default Judgment is submitted herewith.

                Respectfully submitted,

                KEVIN J. O'CONNOR
                UNITED STATES ATTORNEY

                JULIE G. TURBERT
                ASSISTANT U.S. ATTORNEY
                P.O. BOX 1824
                NEW HAVEN, CT  06508
                (203) 821-3700/FEDERAL BAR # ct23398

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion for Default Judgment Against Fausto Fausti, a/k/a Alfredo Sausti has been mailed, postage prepaid, this 9th day of September, 2004, to:

Robert A. Horne, Esq.
Goldberger & Dublin, P.C.
401 Broadway
New York, NY 10013
(Attorney for Alfredo Sausti)

Susan B. Loving, Esq.
Lester, Loving & Davies
1505 Renaissance Blvd.
Edmond, OK 73013-3018
(Attorney for Carroll Fisher)

Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
2300 Main, Suite 1100
Kansas City, MO 64108
(Attorney for Keith Wenzel)

Andrew B. Campbell, Esq.
Wyatt, Tarrant & Combs
2525 W. End Avenue, Suite 1500
Nashville, TN 37203
(Attorney for Anne B. Pope)

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026
(Attorney for George Dale, Mike Pickens, Carroll Fisher, Keith Wenzel and Anne B. Pope)

Robert C. Richardson, Esq.
Copeland, Cook, Taylor & Bush
200 Coucourse
1062 Highland Colony Parkway, Suite 200
Ridgeland, MS 39157
(Attorney for George Dale)

_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY