*39*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,              :

            Plaintiff,                      :

     v.                                   :

50 CASES OF WINE CONSISTING OF    :
574 BOTTLES VALUED AT                  :
APPROXIMATELY $52,947.00, SEIZED :
FROM MORGAN MANHATTAN          :
STORAGE COMPANY, 2100 HUNTER'S :
POINT AVENUE, LONG ISLAND CITY, :
NEW YORK, HELD IN THE NAMES OF :
KAETHE SCHUCHTER/ALFREDO        :
SAUSTI,                                           :

            Defendants.                    :

[CLAIMANTS: FAUSTO FAUSTI, A/K/A :
ALFREDO SAUSTI]                            :

Civil No. 3:00CV2008 (EBB)

September 9, 2004

## MOTION FOR DEFAULT JUDGMENT AGAINST FAUSTO FAUSTI, A/K/A ALFREDO SAUSTI

The United States of America, hereby moves for Default Judgment, and represents as

follows:

On October 17, 2000, a Verified Complaint of Forfeiture was filed for the forfeiture of 50

cases of wine consisting of 574 bottles ("Defendant Cases of Wine"). The Complaint alleges that

the Defendant Cases of Wine were derived from proceeds traceable to an offense constituting

"specified unlawful activity" in violation of 18 U.S.C. §§ 1341 and 1343, and are therefore

subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

On November 1, 8, and 15, 2000, notice of this action was published in the New York

Post newspaper.