UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
SEP 15  11 02 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil No. 3:00CV2008 (EBB) |
| 50 CASES OF WINE CONSISTING OF 574 BOTTLES VALUED AT APPROXIMATELY $52,947.00, SEIZED FROM MORGAN MANHATTAN STORAGE COMPANY, 2100 HUNTER'S POINT AVENUE, LONG ISLAND CITY, NEW YORK, HELD IN THE NAMES OF KAETHE SCHUCHTER/ALFREDO SAUSTI, | : |
| Defendants. | : |
| [CLAIMANTS: FAUSTO FAUSTI, A/K/A ALFREDO SAUSTI] | : |

## DEFAULT JUDGMENT

Upon entry of a default against Fausto Fausti, a/k/a Alfredo Sausti for failure to file an answer or otherwise defend as required by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims on August 16, 2004, and there having been no request to set aside said default,

It is hereby ORDERED, ADJUDGED, and DECREED:

That default judgment is hereby entered against Fausto Fausti, a/k/a Alfredo Sausti, and all other persons or entities, except Carroll Fisher, Insurance Commissioner and Receiver for Farmers & Ranchers Life Insurance Company; Keith Wenzel, Director of the Missouri Department of Insurance in Statutory Capacity as Liquidator of International Financial Services

Life Insurance; Anne B. Pope, Commissioner and Receiver of Franklin American Life Insurance Company; Mike Pickens, Receiver of Old Southwest Life Insurance; and George Dale, Mississippi Commissioner of Insurance.

SO ORDERED at New Haven, Connecticut, this 14th day of September, 2004.

HONORABLE ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing proposed Default Judgment Against Fausto Fausti, a/k/a Alfredo Sausti has been mailed, postage prepaid, this 9th day of September, 2004, to:

Robert A. Horne, Esq.
Goldberger & Dublin, P.C.
401 Broadway
New York, NY 10013
(Attorney for Alfredo Sausti)

Susan B. Loving, Esq.
Lester, Loving & Davies
1505 Renaissance Blvd.
Edmond, OK 73013-3018
(Attorney for Carroll Fisher)

Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
2300 Main, Suite 1100
Kansas City, MO 64108
(Attorney for Keith Wenzel)

Andrew B. Campbell, Esq.
Wyatt, Tarrant & Combs
2525 W. End Avenue, Suite 1500
Nashville, TN 37203
(Attorney for Anne B. Pope)

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026
(Attorney for George Dale, Mike Pickens, Carroll Fisher, Keith Wenzel and Anne B. Pope)

Robert C. Richardson, Esq.
Copeland, Cook, Taylor & Bush
200 Coucourse
1062 Highland Colony Parkway
Suite 200
Ridgeland, MS 39157
(Attorney for George Dale)

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY

3