UNITED STATES DISTRICT COURT

**FILED**

DISTRICT OF CONNECTICUT

2004 DEC 16  P 4: 46

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | U.S. DISTRICT COURT |
| | : | NEW HAVEN, CT |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV2008 (EBB) |
| | : | |
| 50 CASES OF WINE CONSISTING OF | : | |
| 574 BOTTLES VALUED AT | : | |
| APPROXIMATELY $52,947.00, SEIZED | : | |
| FROM MORGAN MANHATTAN | : | |
| STORAGE COMPANY, 2100 HUNTER'S | : | |
| POINT AVENUE, LONG ISLAND CITY, | : | |
| NEW YORK, HELD IN THE NAMES OF | : | |
| KAETHE SCHUCHTER/ALFREDO | : | |
| SAUSTI, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| [CLAIMANTS: KAETHE SCHUCHTER, | : | |
| AND FAUSTO FAUSTI, A/K/A | : | |
| ALFREDO SAUSTI] | : | |

## SCHEDULING ORDER

1.    The parties, at this time, do not request an additional conference with the Court

before entry of the Scheduling Order, but do request a pretrial conference before trial.

2.    The parties request a pretrial conference in May, 2005.

3.    The parties should be allowed until January 15, 2005, to join additional parties, add

new claims and/or to amend the pleadings.

4.    All potentially dispositive motions shall be filed by January 31, 2005, with any

response due 30 days from the filing of the potentially dispositive motion and any reply due 20

days from the responsive motion.

5.    Final lists of witnesses and exhibits under Rule 26(a)(3) shall be due May 23, 2005.

6.    The parties have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

7.    The case should be ready for trial by June 6, 2005; at this time trial is expected to take approximately three to four days.

SO ORDERED this _16_ day of _December_, 2004, at New Haven, Connecticut.

ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE

2