UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV2008 (EBB) |
| | : | |
| 50 CASES OF WINE CONSISTING OF 574 BOTTLES VALUED AT APPROXIMATELY $52,947.00, SEIZED FROM MORGAN MANHATTAN STORAGE COMPANY, 2100 HUNTER'S POINT AVENUE, LONG ISLAND CITY, NEW YORK, HELD IN THE NAMES OF KAETHE SCHUCHTER/ALFREDO SAUSTI, | : : : : : : : : : | |
| | : | |
| Defendants. | : | March 1, 2005 |

MOTION FOR EXTENSION OF TIME

The Plaintiff, United States of America, hereby moves for its first extension of time of forty-five days to file a response to Receiver-Claimants Motion for Summary Judgment.

Undersigned counsel for the Plaintiff has been unable to complete a response by the due date of March 2, 2005, due to the absence of the Assistant U.S. Attorney assigned to the case who is out on maternity leave. Assistant U.S. Attorney Turbert is due back in the office on March 14, 2005, and the forty-five day extension will allow her thirty days to prepare and file a response. Douglas Schmidt, Counsel for International Financial Services Life Insurance Company, and of behalf of Franklin Protective Life Insurance Company, Family Guaranty Life Insurance Company, First National Life Insurance Company, Franklin American Life Insurance Company, Farmers and Ranchers Life Insurance Company, and Old Southwest Life Insurance

Company, has been contacted and has no objection to this request.

                                                                 Respectfully submitted,

                                                                 KEVIN J. O'CONNOR
                                                                 UNITED STATES ATTORNEY


                                                                  JOHN B. HUGHES
                                                                  CHIEF, CIVIL DIVISION
                                                                 UNITED STATES ATTORNEYS OFFICE
                                                                 P.O. BOX 1824
                                                                 NEW HAVEN, CT 06510
                                                                 FEDERAL BAR # ct05289

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion for Extension of Time has been mailed, postage prepaid, this 1st day of March, 2005, to:

Susan B. Loving, Esq.
Lester, Loving & Davies
1505 Renaissance Blvd.
Edmond, OK 73013-3018

Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
2300 Main, Suite 1100
Kansas City, MO 64108

Andrew B. Campbell, Esq.
Wyatt, Tarrant & Combs
2525 W. End Avenue, Suite 1500
Nashville, TN 37203

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Charles G. Copeland, Esq.
Copeland, Cook, Taylor & Bush
200 Coucourse
1062 Highland Colony Parkway, Suite 200
Ridgeland, MS 39157

Steve A. Uhrynowycz, Esq.
1200 West Third Street, Room 340
Little Rock, Arkansas 72201-1904

JOHN B. HUGHES
CHIEF, CIVIL DIVISION
ASSISTANT U.S. ATTORNEY