UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV2008 (EBB) |
| | : | |
| 50 CASES OF WINE CONSISTING OF 574 BOTTLES VALUED AT APPROXIMATELY $52,947.00, SEIZED FROM MORGAN MANHATTAN STORAGE COMPANY, 2100 HUNTER'S POINT AVENUE, LONG ISLAND CITY, NEW YORK, HELD IN THE NAMES OF KAETHE SCHUCHTER/ALFREDO SAUSTI, | : : : : : : : : | January 20, 2006 |
| | : | |
| Defendants. | : | |

FIFTH MOTION FOR EXTENSION OF TIME

The Plaintiff, United States of America, hereby moves for a fifth extension of time within which to respond to the Motion for Summary Judgment filed by the Receiver-Claimants.[1]
Plaintiff requests from January 20, 2006 until July 19, 2006 to file a responsive pleading.

---

[1] Kim Holland, Commissioner of Insurance for the State of Oklahoma, in her capacity as Receiver of Farmers and Ranchers Life Insurance Company; W. Dale Finke, Director of the Missouri Department of Insurance, in his capacity as Receiver of International Financial Services Life Insurance Company; Paula A. Flowers, Commissioner of Commerce and Insurance for the State of Tennessee, in her capacity as Receiver of Franklin American Life Insurance Company; Julie Benafield Bowman, Commissioner of Insurance for the State of Arkansas, in her capacity as Receiver of Old Southwest Life Insurance Company; and George Dale, Commissioner of Insurance for the State of Mississippi, in his capacity as Liquidator of Family Guaranty Life Insurance Company, Franklin Protective Life Insurance Company, and First National Life Insurance Company of America.

This case is related to several other civil forfeiture cases[2] in which there are additional victim-claimants.[3] In those related cases, the parties have agreed to extend certain deadlines pending a decision from this Court, as well as the Mississippi Liquidation Court, on the Receiver-Claimants' Motion to Dismiss, which is currently pending in both courts. In the Mississippi case, Peoples, Veterans and Settlers have appealed their priority assigned by the Liquidation Court in connection with the losses sustained by various insurance and re-insurance companies as a result of the fraudulent scheme conducted by Martin Frankel and others. That case was remanded from the Mississippi Supreme Court and is awaiting a decision. A hearing in the Mississippi was scheduled for September 1, 2005, but due to Hurricane Katrina, the hearing was postponed. A new hearing date is currently scheduled for May 1, 2006.

In the $29,035,500.00 & $3,241,500.00 and 277 Diamonds, et al. cases before this Court, Receiver-Claimants have moved to dismiss the claims of Peoples, Veterans and Settlers on the grounds that they lack standing to assert their constructive trust claims in those cases. Even though Peoples, Veterans and Settlers have not asserted claims in this case, the parties have agreed to hold off on moving forward with the summary judgment motion because the decisions in both courts on the Receiver-Claimants' motions to dismiss will have an impact on all of the related civil forfeiture actions.

---

[2]United States v. $29,035,500.00 & $3,241,500.00, Civil No. 3:01CV1515 (EBB); United States v. 277 Diamonds, et al., Civil No. 3:02CV889 (EBB).

[3]Peoples Benefit Life Insurance Company, Veterans Life Insurance Company, and Huff Cook, Inc. (Settlers), collectively "Peoples, Veterans and Settlers."

This is the fifth motion for extension filed with respect to this deadline. Counsel for the Receiver-Claimants have indicated that they have no objection to the granting of this motion.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    JULIE G. TURBERT
    ASSISTANT U.S. ATTORNEY
    UNITED STATES ATTORNEYS OFFICE
    P.O. BOX 1824
    NEW HAVEN, CT 06510
    (203) 821-3700
    FEDERAL BAR # ct23398

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Fifth Motion for Extension of Time has been mailed, postage prepaid, this 20th day of January, 2006, to:

Susan B. Loving, Esq.
Lester, Loving & Davies
1505 Renaissance Blvd.
Edmond, OK 73013-3018

Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
4801 Main, Suite 1100
Kansas City, MO 64108

Andrew B. Campbell, Esq.
Wyatt, Tarrant & Combs
2525 W. End Avenue, Suite 1500
Nashville, TN 37203

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Charles G. Copeland, Esq.
Copeland, Cook, Taylor & Bush
200 Coucourse
1062 Highland Colony Parkway, Suite 200
Ridgeland, MS 39157

Steve A. Uhrynowycz, Esq.
1200 West Third Street, Room 340
Little Rock, Arkansas 72201-1904

_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY