UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>v. )<br> )<br>50 CASES OF WINE CONSISTING OF )<br>574 BOTTLES VALUED AT )<br>APPROXIMATELY $52,947.00, SEIZED )<br>FROM MORGAN MANHATTAN )<br>STORAGE COMPANY, 2100 HUNTER'S )<br>POINT AVENUE, LONG ISLAND CITY )<br>NEW YORK, HELD IN THE NAMES OF )<br>KAETHE SCHUCHTER/ALFREDO )<br>SAUSTI, )<br> )<br>Defendant. ) | Civil No.  3:00CV2008 (EBB) |

## MOTION TO SUBSTITUTE

COMES NOW Claimants GEORGE DALE, Commissioner of Insurance for the State of Mississippi, in his official capacity as Receiver of Franklin Protective Life Insurance Company ("FPL"), Family Guaranty Life Insurance Company ("FGL"), and First National Life Insurance Company of America (collectively "FNL"), LESLIE A. NEWMAN, Commissioner of Commerce and Insurance for the State of Tennessee, in her official capacity as Receiver of Franklin American Life Insurance Company ("FAL"), KIM HOLLAND, Insurance Commissioner for the State of Oklahoma, in her official capacity as Receiver of Farmers and Ranchers Life Insurance Company in Liquidation ("F&RL"), JULIE BENAFIELD BOWMAN, Insurance Commissioner for the State of Arkansas, in her official capacity as Receiver of Old Southwest Life Insurance Company ("OSL"), DOUGLAS M. OMMEN, Director of the Department of Insurance, Financial Institutions and Professional Registration, for the State of Missouri, in his official capacity as Receiver of International Financial Services Life Insurance Company ("IFS"), (collectively, the "Receiver-Claimants"), by and through counsel, pursuant to

KC-1468370-1

1

Rule 17(a), Fed. R. Civ. P., Receiver-Claimants hereby move to substitute (1) **Leslie A. Newman** for **Paula A. Flowers** as the Receiver-Claimant of Franklin American Life Insurance Company and (2) **Douglas M. Ommen** for **W. Dale Finke** as the Receiver-Claimant of International Financial Services Life Insurance Company.

As grounds for this Motion, Receiver-Claimants aver that on January 20, 2007, Leslie A. Newman succeeded Paula A. Flowers as the Commissioner of Commerce and Insurance for the State of Tennessee. Pursuant to Tenn. Code Ann § 56-9-307(a), Commissioner Newman assumed the position of Receiver-Liquidator of Franklin American Life Insurance Company. In addition, on January 2, 2007, Douglas M. Ommen succeeded W. Dale Finke as Director of the Department of Insurance, Financial Institutions and Professional Registration for the State of Missouri. Pursuant to RSMO § 375.1176, Director Ommen assumed the position of Receiver-Liquidator of International Financial Services Life Insurance Company.

Dated: New Haven, CT
      February 27, 2007

  /s/ Douglas S. Skalka
Douglas S. Skalka      Fed. Bar No. 00616
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510-2026
Telephone: (203) 821-2000
Facsimile: (203) 821-2009
Of Counsel

and

Douglas J. Schmidt      MO # 34266
Terrance M. Summers      MO # 38319
Patrick A. McInerney      MO # 37638
BLACKWELL SANDERS PEPER MARTIN LLP
4801 Main, Suite 1000
Kansas City, Missouri 64112
Tel (816) 983-8000

Fax (816) 983-8080

Counsel for DOUGLAS M. OMMEN, Director of the Department of Insurance, Financial Institutions and Professional Registration for the State of Missouri, in his official capacity as Receiver of INTERNATIONAL FINANCIAL SERVICES LIFE INSURANCE COMPANY

and

Alan F. Curley
C. Philip Curley
Cynthia H. Hyndman
ROBINSON CURLEY & CLAYTON, P.C.
300 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
Ph (312) 663-3100

and

Charles G. Copeland (MS Bar #6516)
Rebecca Blunden (MS Bar #99611)
COPELAND, COOK, TAYLOR & BUSH, P.A.
 P.O. Box 6020
Ridgeland, Mississippi 39158
Ph (601) 856-7200
Fx (601) 856-7626
Counsel for GEORGE DALE, Commissioner of Insurance for the State of Mississippi, in his official capacity as Receiver of FRANKLIN PROTECTIVE LIFE INSURANCE COMPANY, FAMILY GUARANTY LIFE INSURANCE COMPANY, and FIRST NATIONAL LIFE INSURANCE COMPANY OF AMERICA

and

William W. Gibson
J. Graham Matherne
Andrew B. Campbell
WYATT, TARRANT & COMBS, LLP
2525 West End Avenue, Suite 1500
Nashville, Tennessee  37203-1423
Ph (615) 244-0020
Fx (615) 256-1726

Thomas C. Gerity
WYATT, TARRANT & COMBS, LLP
4450 Old Canton Road
Jackson, MS 39211
Counsel for LESLIE A. NEWMAN, Commissioner of Commerce and Insurance for the State of Tennessee, in her official capacity as Receiver of FRANKLIN AMERICAN LIFE INSURANCE COMPANY

and

Susan B. Loving, Esq.
LESTER, LOVING AND DAVIES
1701 South Kelly
Edmond, Oklahoma 73013
Ph (405) 844-9900
Fx (405) 844-9958
Counsel for KIM HOLLAND, Insurance Commissioner for the State of Oklahoma, in her official capacity as Receiver of FARMERS AND RANCHERS LIFE INSURANCE COMPANY

and

Steve A. Uhrynowycz, Esq.
Arkansas Insurance Department
Liquidation Division
1023 W. Capitol Avenue, Suite 2
Little Rock, Arkansas 72201-1904
Ph (501) 371-2776
Fx (501) 374-0101
Counsel for JULIE BENAFIELD BOWMAN, Insurance Commissioner for the State of Arkansas, in her official capacity as Receiver of OLD SOUTHWEST LIFE INSURANCE COMPANY

*Attorneys for Receiver-Claimants*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| v. | ) | Civil No.  3:00CV2008 (EBB) |
| | ) | |
| 50 CASES OF WINE CONSISTING OF | ) | |
| 574 BOTTLES VALUED AT | ) | |
| APPROXIMATELY $52,947.00, SEIZED | ) | |
| FROM MORGAN MANHATTAN | ) | |
| STORAGE COMPANY, 2100 HUNTER'S | ) | |
| POINT AVENUE, LONG ISLAND CITY | ) | |
| NEW YORK, HELD IN THE NAMES OF | ) | |
| KAETHE SCHUCHTER/ALFREDO | ) | |
| SAUSTI, | ) | |
| | ) | |
|     Defendant. | ) | |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on February 28, 2007 a copy of the foregoing was mailed to the following:

Alan F. Curley
C. Philip Curley
Cynthia H. Hyndman
ROBINSON CURLEY & CLAYTON, P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL  60606

William W. Gibson
J. Graham Matherne
Andrew B. Campbell
WYATT, TARRANT & COMBS, LLP
2525 West End Avenue, Suite 1500
Nashville, TN  37203-1423

Charles G. Copeland
Rebecca Blunden
COPELAND, COOK, TAYLOR & BUSH, P.A.
 P.O. Box 6020
Ridgeland, MS  39158

Thomas C. Gerity
WYATT, TARRANT & COMBS, LLP
4450 Old Canton Road
Jackson, MS  39211

| | |
|---|---|
| Susan B. Loving, Esq.<br>LESTER, LOVING AND DAVIES<br>1701 South Kelly<br>Edmond, OK  73013 | Steve A. Uhrynowycz, Esq.<br>Arkansas Insurance Department<br>Liquidation Division<br>1023 W. Capitol Avenue, Suite 2<br>Little Rock, AR  72201-1904 |

  /s/ Douglas S. Skalka
Douglas S. Skalka			Fed. Bar No. 00616
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510-2026
Telephone: (203) 821-2000
Facsimile:  (203) 821-2009
Of Counsel