UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV2008 (EBB) |
| | : | |
| 50 CASES OF WINE CONSISTING OF | : | |
| 574 BOTTLES VALUED AT | : | |
| APPROXIMATELY $52,947.00, SEIZED | : | |
| FROM MORGAN MANHATTAN | : | |
| STORAGE COMPANY, 2100 HUNTER'S | : | |
| POINT AVENUE, LONG ISLAND CITY, | : | |
| NEW YORK, HELD IN THE NAMES OF | : | |
| KAETHE SCHUCHTER/ALFREDO | : | April 23, 2007 |
| SAUSTI, | : | |
| Defendants. | : | |

FIFTH MOTION TO EXTEND SCHEDULING DEADLINES

The Plaintiff, United States of America, hereby respectfully requests that the scheduling deadlines set in this case be extended. The other parties to this case, collectively referred to as the Receiver-Claimants, also join in this request. The United States and the Receiver-Claimants propose the following schedule:

1. Complete discovery by: June 15, 2007
2. Disclosure of experts by: July 16, 2007
3. Disclosure of rebuttal experts by: July 30, 2007
4. Dispositive motions by: August 15, 2007
5. Pre-Trial Conference: September 5, 2007
6. Trial-Ready Date: October 10, 2007

The United States and Receiver-Claimants have been working together in an effort to resolve this case, as well as the other Frankel-related forfeiture actions. Due to the complexity of the cases and multiple Receiver-Claimants involved, more time is needed to continue to explore

the possibility of settlement. In addition, the United States requests these extensions to keep all of the Frankel-related forfeiture actions on the same schedule. The United States is also filing motions for extension of scheduling deadlines in all of the Frankel-related forfeiture actions,[1] except the two cases that have been stayed,[2] and another case[3] which has pending motions, to align all of the cases with this proposed schedule.

This is the fifth motion for extension filed with respect to these deadlines. Counsel for the Receiver-Claimants concur with this request and support the granting of this motion.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    JULIE G. TURBERT
    ASSISTANT U.S. ATTORNEY
    157 CHURCH STREET
    NEW HAVEN, CT 06510
    TEL. (203) 821-3700
    FAX (203) 773-5373
    FEDERAL BAR # ct23398

---

[1] United States v. 889 Lake Avenue, 3:99CV979, United States v. $11,014,165.20, et al. 3:99CV2589, United States v. 1995 Turbo Commander Aircraft, et al., 3:99CV2590, United States v. 50 Cases of Wine, 3:00CV2008, United States v. '99 Chevy Tahoe, et al., 3:00CV2007, United States v. $596,013.77, et al., 3:00CV2010, United States v. $662,310.79, et al., 3:00CV2009, United States v. $135,384.88, 3:04CV1083, United States v. 895 Lake Avenue, 3:99CV1772 (EBB).

[2] United States v. $29,035,500.00 & $3,241,500.00, Civil No. 3:01CV1515 (EBB), and United States v. 277 Diamonds, et al., Civil No. 3:02CV889 (EBB).

[3] United States v. $140,000, 3:00CV1910.

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Fifth Motion to Extend Scheduling Deadlines has been mailed, postage prepaid, this 23rd day of April, 2007, to:

Susan B. Loving, Esq.
Lester, Loving & Davies
1505 Renaissance Blvd.
Edmond, OK 73013-3018

Douglas J. Schmidt, Esq.
Tessa K. Jacob, Esq.
Terrance Summers
Blackwell Sanders Peper Martin, LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112

Andrew B. Campbell, Esq.
Wyatt, Tarrant & Combs
2525 W. End Avenue, Suite 1500
Nashville, TN 37203

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Charles G. Copeland, Esq.
Copeland, Cook, Taylor & Bush
200 Coucourse
1062 Highland Colony Parkway, Suite 200
Ridgeland, MS 39157

Steve A. Uhrynowycz, Esq.
1200 West Third Street, Room 340
Little Rock, Arkansas 72201-1904

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY